1  ALAN PHELPS
   Trial Attorney
2  Office of Consumer Litigation
   U.S. Department of Justice
3  PO Box 386
   Washington, DC 20044-0386
4  Telephone:  202-307-6154
   Facsimile:  202-514-8742
5  E-mail:   alan.phelps@usdoj.gov

6  THOMAS P. O'BRIEN
   United States Attorney
7  LEE WEIDMAN
   Chief, Civil Division
8  GARY PLESSMAN
   Assistant United States Attorney
9  Chief, Civil Fraud Section
   California State Bar No. 101233
10 Room 7516, Federal Building
   300 N. Los Angeles St.
11 Los Angeles, CA  90012
   Telephone:  213-894-2474
12 Facsimile:  213-894-2380
   E-mail:  gary.plessman@usdoj.gov
13 Attorneys for Plaintiff

14

15 **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
   **SOUTHERN DIVISION**

16

17 **UNITED STATES OF AMERICA,**              **CV09-05873  JSL  (RZx)**

18          **Plaintiff,**                    **Civil Action No.**

19          **v.**

20 **METROPOLITAN HOME**
   **MORTGAGE, INC.,**
21 **a corporation,**
   **also d/b/a  WHOLESALE HOME**
22 **LENDERS,**
            **Defendant.**
23

24

25 **COMPLAINT FOR CIVIL PENALTIES, PERMANENT INJUNCTION,**
   **AND OTHER EQUITABLE RELIEF**

26      Plaintiff, the United States of America, acting upon notification and

27 authorization to the Attorney General by the Federal Trade Commission ("FTC" or

28 "Commission"), for its Complaint alleges that:

Complaint - Metropolitan

1.     Plaintiff brings this action under Sections 5(a), 13(b), and 16(a) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 45(a), 53(b), and 56(a), and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§1681 – 1681x, to obtain monetary civil penalties and injunctive or other relief for Defendant's violations of the FTC Act and the FCRA.

## JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction over this matter under 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355, and under 15 U.S.C. §§ 45(a), 53(b), 56(a), and1681s.

3.     Venue in the United States District Court for the Central District of California is proper under 15 U.S.C. § 53(b) and under 28 U.S.C. §§ 1391(b)-(c) and 1395(a).

## DEFENDANT

4.     Defendant Metropolitan Home Mortgage, Inc. ("Metropolitan") is a for-profit corporation organized, existing, and doing business under the laws of the State of California.  Metropolitan does business as Wholesale Home Lenders ("Wholesale"), with its principal place of business at 4 Park Plaza, Suite 800, Irvine, California  92614.  At all times relevant to this complaint, Metropolitan has transacted business in this district.

## THE FAIR CREDIT REPORTING ACT

5.     The FCRA was enacted in 1970, became effective on April 25, 1971, and has been in force since that date.

6.     Section 621 of the FCRA, 15 U.S.C. § 1681s, authorizes the Commission to use all of its functions and powers under the FTC Act to enforce compliance with the FCRA by all persons subject thereto except to the extent that enforcement specifically is committed to some other governmental agency,

Complaint - Metropolitan                    Page 2 of 8

1   irrespective of whether the person is engaged in commerce or meets any other
2   jurisdictional tests set forth by the FTC Act.

3        7.     Section 604 of the FCRA, 15 U.S.C. § 1681b, prohibits consumer
4   reporting agencies ("CRAs") from providing consumer reports to third parties
5   except for certain enumerated "permissible purposes."  Section 604(c) of the
6   FCRA, 15 U.S.C. § 1681b(c), grants a permissible purpose in connection with the
7   making of a "firm offer of credit or insurance."  That term, also known as a
8   "prescreened offer," is defined in section 603(l) of the FCRA, 15 U.S.C. §
9   1681a(l), as an offer that will be honored (subject to certain exceptions) if the
10  consumer, based on information in his or her consumer report, is determined by
11  the offeror to meet the specific criteria used to select the consumer for the offer.

12       8.     Section 604(e) of the FCRA, 15 U.S.C § 1681b(e), allows consumers
13  to elect to be excluded ("opt out") from any lists of prescreened consumers
14  provided by a CRA.  Section 604(e)(5) of the FCRA, 15 U.S.C. § 1681b(e)(5),
15  requires the nationwide CRAs to establish and maintain a joint notification system
16  for consumers to opt out.

17       9.     Section 615(d)(1) of the FCRA, 15 U.S.C. § 1681m(d)(1), imposes
18  certain disclosure obligations on persons making firm offers of credit or insurance.
19  Specifically, any written such offer must disclose, clearly and conspicuously, to
20  the consumer that:

21         • Information contained in the consumer's consumer report was used
          in connection with the transaction;
22
23         • The consumer received the offer of credit or insurance because the
          consumer satisfied the criteria for credit worthiness or insurability
24            under which the consumer was selected for the offer;

25         • If applicable, the credit or insurance may not be extended if, after the
          consumer responds to the offer, the consumer does not meet the
26            criteria used to select the consumer for the offer or any applicable
          criteria bearing on credit worthiness or insurability, or does not
27            furnish any required collateral; and

28         • The consumer has a right to prohibit the information contained in the
          consumer's file with any consumer reporting agency from being used

in connection with any credit or insurance transaction that is not initiated by the consumer (i.e., to opt out.).

10.     Section 615(d)(2)(B) of the FCRA, 15 U.S.C. § 1681m(d)(2)(B), provides that the disclosures mandated by section 615(d)(1), among other things, "be presented in such format and in such type size and manner as to be simple and easy to understand." This section directs the Commission to establish the format and type size of such disclosures by rule. The Commission promulgated the Prescreen Opt-Out Notice Rule ("Prescreen Rule" or "Rule") pursuant to that directive, which became effective on August 1, 2005. 16 C.F.R. Part 642.

THE PRESCREEN RULE

11.     The Prescreen Rule requires that each written prescreened solicitation contain both a short and a long notice. Section 642.3(a) of the Rule sets forth the required content, form, and location of the short notice. It requires that the short notice appear on the front side of the first page of the principal promotional document in the solicitation, in a type style that is distinct from the principal type style used on the same page, and in a type size that is larger than the type size of the principal text on the same page, but in no event smaller than 12-point type. Section 642.3(a) also requires that the short notice contain a specific statement that consumers may opt out of receiving prescreened solicitations, how consumers can exercise their opt-out right, and where consumers can find the long notice.

12.     Section 642.3(b) of the Rule sets forth the content, form, and location of the long notice. Specifically, section 642.3(b)(ii)(C) requires that the long notice begin with a heading identifying it as the "PRESCREEN & OPT-OUT NOTICE" and contain all information required by section 615(d) of the FCRA. Section 642.3(b) also specifies that the type size of the notice be no smaller than the type size of the principal text on the same page, and in no event smaller than 8-point type; that the type style of the notice be distinct from the principal type style used on the same page, such as bolded, italicized, underlined, and/or in a color that

contrasts with the other color of the principal text; and that the notice be set apart from other text on the page, such as by including a blank line above and below the statement or by indenting both the left and right margins of the text.  In addition, section 642.3(b) prohibits inclusion of any other information with the notice that interferes with, detracts from, contradicts, or otherwise undermines the purpose of the notice.

COUNT I – Violations of Section 615(d)(2) of the FCRA and
the Prescreen Rule

13.     Defendant markets mortgage products by making firm offers of credit through solicitations sent to consumers who have been prescreened.

14.     From at least January 2006 to January 2008, the prescreened solicitations sent by Defendant to consumers did not comply with the Rule in one or more of the following respects:

     a.    the solicitations did not contain a short notice on the front page of the solicitation, in violation of section 642.3(a)(2)(ii) of the Rule;

     b.    the solicitations contained information on the front page of the solicitation about how a consumer can opt-out from receiving prescreened solicitations, but that information was not in a type style distinct from the principal type style used on the same page, or in a type size that is larger than the type size of the principal text on the same page in violation of section 642.3(a)(2)(i) of the Rule;

     c.    the solicitations contained a long notice that (a) was in a type size smaller than the type size of the principal text on the same page, (b) was in a type style that was not distinct from the principal type style used on the same page, (c) was not set apart from other text on the page, and/or (d) did not include the

1       prescribed heading, in violation of section 642.3(b)(2)(iii) of

2       the Rule.

3       15.    By and through the acts and practices described in paragraph 14

4   above, Defendant has violated section 615(d)(2) of the FCRA, 15 U.S.C.

5   §1681m(d)(2), and section 642.3 of the Prescreen Rule, 16 C.F.R. Part 642.3.

6       16.    Pursuant to section 621(a)(1) of the FCRA, 15 U.S.C. §1681s(a)(1),

7   the acts and practices alleged herein also constitute unfair or deceptive acts or

8   practices in violation of section 5(a) of the FTC Act, 15 U.S.C. §45(a).

9              THIS COURT'S POWER TO GRANT RELIEF

10      17.    Section 621(a)(2)(A) of the FCRA, 15 U.S.C. § 1681s(a)(2)(A),

11  authorizes the Court to award monetary civil penalties of not more than $2,500 per

12  violation of the FCRA in the event of a knowing violation, which constitutes a

13  pattern or practice of violations.  Defendant's violations of the FCRA and the

14  Prescreen Rule, as alleged in this Complaint, were knowing and constituted a

15  pattern or practice of violations.

16      18.    Each instance in which Defendant has failed to comply with the

17  FCRA or the Prescreen Rule constitutes a separate violation of the FCRA for the

18  purposes of assessing monetary civil penalties under section 621 of the FCRA, 15

19  U.S.C. § 1681s.  Plaintiff seeks monetary civil penalties for every separate

20  violation of the FCRA.

21      19.    Under section 621(a) of the FCRA, 15 U.S.C. § 1681(a), and section

22  13(b) of the FTC Act, 15 U.S.C. §53(b), this Court is authorized to issue a

23  permanent injunction prohibiting Defendant from violating the FTC Act and the

24  FCRA.

25              PRAYER FOR  RELIEF

26      WHEREFORE, Plaintiff respectfully requests that this Court, pursuant to 15

27  U.S.C. §§ 45(a), 53(b), 1681s, and 1691c, and pursuant to this Court's own

28  equitable powers:

1   (1)   Enter judgment against Defendant and in favor of Plaintiff for each

2         law violation alleged in this Complaint;

3   (2)   Enter a permanent injunction to prevent future violations of the

4         FCRA, the Prescreen Rule; and the FTC Act by Defendant;

5   (3)   Award Plaintiff monetary civil penalties from Defendant for each

6         violation of the FCRA or the Prescreen Rule as alleged in this

7         Complaint;

8   (4)   Order Defendant to pay the costs of this action; and

9   (5)   Award Plaintiff such additional relief as the Court deems just and
          proper.

10

11  Of Counsel

12  JESSICA RICH
    Acting Associate Director
13  Division of Privacy and Identity Protection

14  REBECCA E. KUEHN
    Assistant Director
15  Division of Privacy and Identity Protection

16  KATHERINE ARMSTRONG
    Attorney
17  Division of Privacy and Identity Protection
    Federal Trade Commission
18  601 New Jersey Avenue, NW
    Suite NJ-3158
19  Washington, D.C. 20001
    Tel:  (202) 326-2252
20  Fax:  (202) 326-3768

21

22

23

24

25

26

27

28

FOR THE PLAINTIFF
UNITED STATES OF AMERICA:

TONY WEST
Assistant Attorney General
Civil Division
United States Department of Justice

THOMAS P. O'BRIEN
United States Attorney
Central District of California

LEE WEIDMAN
Assistant United States Attorney
Chief, Civil Division


GARY PLESSMAN
Assistant United States Attorney
Chief, Civil Frauds Section
California State Bar No. 101233
Room 7516, Federal Building
300 North Los Angeles Street
Los Angeles, California 90012
Telephone:  (213) 894-2474
Facsimile:  (213) 894-2380
E-mail:  gary.plessman@usdoj.gov


EUGENE M. THIROLF
Director
Office of Consumer Litigation

KENNETH L. JOST
Deputy Director
Office of Consumer Litigation


ALAN PHELPS
Trial Attorney
Office of Consumer Litigation
U.S. Department of Justice
PO Box 386
Washington, D.C. 20044
Telephone:  202-307-6154
Facsimile:  202-514-8742
E-mail:  alan.phelps@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV09- 5873 JSL (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>METROPOLITAN HOME MORTGAGE, INC., a corporation, also d/b/a WHOLESALE HOME LENDERS,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-05873 JSL (RZx)<br><br>SUMMONS |
| --- | --- |

TO:   DEFENDANT(S):   Metropolitan Home Mortgage, Inc., a corporation, also d/b/a Wholesale Home Lenders

A lawsuit has been filed against you.

Within __20 .__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _AUSA Gary Plessman_____, whose address is _Rm. 7516, Federal Bldg., 300 N. Los Angeles St., Los Angeles, CA 90012; 213-894-2474_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __AUG 1 2 2009__

By: _____
LA'REE HORN
Deputy Clerk
(Seal of the Court)

1192

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself □)<br>UNITED STATES OF AMERICA | DEFENDANTS<br>METROPOLITAN HOME MORTGAGE, INC., a corporation, also d/b/a<br>WHOLESALE HOME LENDERS<br><br>County of Residence of First Defendant (in US Plaintiff Case Only) Orange |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>THOMAS P. O'BRIEN, United States Attorney<br>GARY PLESSMAN, AUSA, Chief, Civil Fraud Section, 300 North Los Angeles Street, Rm. 7516, Federal Bldg., Los Angeles, CA 90012, Phn.:213-894-2474 | Attorneys (If Known)<br>JAMES BRODSKY<br>Weiner Brodsky Sidman Kider PC<br>1300 19th Street NW, 5th Floor<br>Washington, D.C. 20036 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT:** $ _Yes, tied to violations of FCRA_

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for injunctive relief and civil penalties ($20,000) - for violations of Fair Credit Reporting Act, 15 USC 1681 and FTC PreScreen Rule (16 CFR 642)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☑ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: _____ CV09-05873_____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                              ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                              ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| UNITED STATES OF AMERICA, County N/A | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.   SIGNATURE OF ATTORNEY (OR PRO PER): _~signature~_     Date  _8/10/09_

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |